IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENDRA FOUSE, | : |
| Plaintiff, | : : |
| vs. | : Civil Action No. 2:22-cv-00997 : |
| EBAY INC., | : The Honorable Marilyn J. Horan : |
| Defendant. | : : |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Kindly dismiss this matter, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Each party is to bear its own fees and costs.


Dated: 10/11/2022                /s/ Lawrence E. Gurrera, II, Esq.
                                 Lawrence E. Gurrera, II, Esquire
                                 ID# 306738
                                 GURRERA LAW, LLC
                                 P.O. Box 5408
                                 Pittsburgh, PA 15206
                                 Tel: (412) 229-7757
                                 E-Mail: lawrence@gurreralaw.com

                                 /s/ Justin Browne, Esq.
                                 Justin Browne, Esq.
                                 KETTERER, BROWNE & ASSOCIATES, LLC
                                 336 S. Main Street
                                 Bel Air, MD 21014
                                 Tel:(410) 885-6267
                                 Fax: (855) 572-4637
                                 E-mail: justin@kbaattorneys.com


                                 /s/ Thomas W. Keilty, Esq.
                                 Thomas W. Keilty, Esq.
                                 KEILTY BONADIO

1 South St., Suite 2125  
Baltimore, MD 21202  
Tel: 410-469-9953  
E-Mail: tkeilty@kblitigation.com  
*Counsel for Plaintiff, Kendra Fouse*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENDRA FOUSE, | : |
| Plaintiff, | : |
| vs. | : Civil Action No. 2:22-cv-00997 |
| EBAY INC., | : The Honorable Marilyn J. Horan |
| Defendant. | : |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of October, 2022, I have served a true and correct copy of the instant Notice of Voluntary Dismissal Without Prejudice on all counsel listed below via CM/ECF and Email:

Brian T. Feeney, Esq.
GREENBERG TRAURIG, LLP
Brian T. Feeney (PA 78574)
1717 Arch Street, Suite 400
Philadelphia, PA 19103
Telephone: 215.988.7812
Email: brian.feeney@gtlaw.com

Lori Chang, Esq.
1840 Century Park East
Suite 1900
Los Angeles, CA 90067
Phone: (310) 586-3863
Fax: (310) 586-7800
Email: ChangL@gtlaw.com

Ian C. Ballon, Esq.
1900 University Avenue
5th Floor
East Palo Alto, CA 94303
Phone: (650) 328-8500
Fax: (650) 462-7881
Email: Ballon@GTLaw.com

Respectfully submitted by:

Dated: 10/11/2022

*/s/ Lawrence E. Gurrera, II, Esq.*

Lawrence E. Gurrera, II, Esquire
*Counsel for Plaintiff, Kendra Fouse*

4