IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENDRA FOUSE, | : |
| Plaintiff, | : |
| vs. | : Civil Action No. 2:22-cv-00997 |
| EBAY INC., | : The Honorable Marilyn J. Horan |
| Defendant. | : |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Kindly dismiss this matter, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Each party is to bear its own fees and costs.

Dated: 10/11/2022

*/s/ Lawrence E. Gurrera, II, Esq.*
Lawrence E. Gurrera, II, Esquire
ID# 306738
GURRERA LAW, LLC
P.O. Box 5408
Pittsburgh, PA 15206
Tel: (412) 229-7757
E-Mail: lawrence@gurreralaw.com

*/s/ Justin Browne, Esq.*
Justin Browne, Esq.
KETTERER, BROWNE & ASSOCIATES, LLC
336 S. Main Street
Bel Air, MD 21014
Tel:(410) 885-6267
Fax: (855) 572-4637
E-mail: justin@kbaattorneys.com

*/s/ Thomas W. Keilty, Esq.*
Thomas W. Keilty, Esq.
KEILTY BONADIO

1

        1 South St., Suite 2125
        Baltimore, MD 21202
        Tel: 410-469-9953
        E-Mail: tkeilty@kblitigation.com
        *Counsel for Plaintiff, Kendra Fouse*

It is so ordered this 11th day of October 2022.

_____
Marilyn J. Horan
United States District Judge